AO 442 (Rev 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
## Southern District of New York

UNITED STATES OF AMERICA )
)
vs. )
) Case No. 19CR00921 (AKH)
Nicholas Truglia )
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay Nicholas Truglia, who is accused of an offense or violation based on the following document filed with the court:

X Supervised Release Violation Petition

This offense is briefly described as follows: New Criminal Conduct as outlined in the petition.

Date: **May 10, 2023**

_Issuing officer's signature_

City and state: New York, NY

Honorable Alvin K. Hellerstein, Senior U.S. District Judge
_Printed name and title_

---

| Return |
|---|
| This warrant was received on *(date* 5/10/23, and the person was arrested on *(date)* 5/11/23 at *(city and state)* ORLANDO, FL. |
| Date: 5-11-2023 |
| _Arresting officer's signature_ |
| City and state: ORLANDO, FL |
| MICHAEL GONZALEZ DUSM |
| _Printed name and title_ |