UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    Judgment Creditor,

v.

NICHOLAS TRUGLIA,

    Defendant and
    Judgment Debtor,

and

GOLDMAN SACHS BANK USA,

    Respondent.

No. 19 CR 921-1 (AKH)

**PUBLIC FILING**

## ANSWER OF THE RESPONDENT

I, __Cecilia M. Perez__ (name), the Vice President (title) for Goldman Sachs and Co. LLC responding on behalf of Goldman Sachs Bank USA, the Respondent, state under penalty of perjury as follows:

RESPONDENT IS (choose one):

[   ] An individual doing business in the name of _____.
[   ] A partnership, [   ] LP, [   ] LLP or [   ] LLC
[ X ] A corporation, organized under the laws of the State of New York

I acknowledge receipt of the United States' request that Respondent waive service of a NYCPLR 5222 Restraining Notice and a NYCPLR 5224 Information Subpoena under Rules 4-4.1 of the Federal Rules of Civil Procedure in this proceeding. Without waiving defenses or objections to the garnishment or to the jurisdiction or venue of the court except for objections based on a defect in the service of the process, I agreed to accept service for the Respondent by:

[   ] facsimile at (   ) _____-_____ and/or
[   ] e-mail at __cecilia.perez@gs.com__ and/or
[   ] first-class mail at _____.

Answer of Respondent to Restraining Notice & Information Subpoena – Page 1

On ____July 20, _____, 2023, Respondent received a NYCPLR 5222 Restraining Notice and a NYCPLR 5224 Information Subpoena. At the time of service, Respondent had in its possession or control, the following property of the judgment debtor:

1. **Financial Accounts**

**Account 1**
Type:___Marcus Invest Account_____
No.:___3G150116_____
Title owner(s): Nicholas Truglia $1,176.97
Amount: $_____

**Account 2**
Type:_____
No.:_____
Title owner(s):_____
Amount: $_____

**Account 3**
Type:_____
No.:_____
Title owner(s):_____
Amount: $_____

**Account 4**
Type:_____
No.:_____
Title owner(s):_____
Amount: $_____

2. **Safety Deposit Box**

Box No.: _____
Last accessed: _____
Owners other than the judgment debtor:
_____
_____

3. Detail other personal property in the respondent's possession, custody, or control:

_____

4. Are there prior garnishments or other court-ordered withholdings which are presently in effect including, but not limited to child support and alimony?
[ ] Yes or [ X] No; if the answer is yes, describe below (case number, state, county):

_____

5. Does the respondent have custody, control or possession of any property, other than accounts, safety deposit boxes or other personal property, now owed or to be paid in the future, in which the judgment debtor has an interest? [ ] Yes or [ X] No If the answer is yes, describe below:

_____

**IF RESPONDENT DENIES HOLDING PROPERTY SUBJECT TO RESTRAINT:**

6. Check and complete the applicable line below:

[ ] Respondent has the following objections, defenses, or set-offs:

_____

_____

[ ] On the date the respondent was served with the notice, the respondent was not indebted or under liability to the defendant, and/or did not have in its possession or control any assets, income or other property in which the judgment debtor has an interest.

RESPONDENT mailed a copy of this Answer by first-class mail to:

(1) the judgment debtor, __Nicholas Trulia at 320 Crofton Drive, Ocoee, FL 34761.     ;

(2) the Clerk of Court, United States District Courthouse, 500 Pearl Street, New York, NY 10007, Attn: Arraignment Unit, Rm 520; AND

(3) Financial Litigation Unit, USAO, 86 Chambers Street, Third Floor, New York, NY 10007.

Pursuant to 28 U.S.C. § 1746, I verify under penalty of perjury that the foregoing is true and correct.

Executed this 21st day of July, 2023.

_____    Cecilia Perez
(Signature)                        (Print Name)

Title  Vice President, Goldman Sachs & Co. LLC
Address  200 West Street
City, State, Zip  New York, NY 10282
Telephone and Fax Numbers  212-902-9116
Email  cecilia.perez@gs.com

STATE OF  New York
COUNTY OF  New York

Subscribed and sworn to before me this 21 day of July, 2023.

_____       My Commission expires: 10/13/2023
Notary Public Signature                                       (Seal)

```
BARBARA V NELSON
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01NE6014403
Qualified in New York County
Commission Expires OCTOBER 13, 2026
```

Answer of Respondent to Restraining Notice & Information Subpoena – Page 3