**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

October 10, 2023

Hon. Alvin K. Hellerstein
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re: **United States v. Nicholas Truglia
     19 Cr. 921 (AKH)**

Your Honor:

    After not feeling well yesterday, I took a COVID 19 test and it came back positive. My doctor says I need to quarantine for the next five days. Accordingly, I am requesting an adjournment of the VOSR hearing for Mr. Truglia that has been scheduled for October 12, 2023. The government does not object to this application.

    Thank you for your attention to this request.

    Respectfully submitted,

    Mark B. Gombiner
    Attorney for Nicholas Truglia

Cc: AUSA Timothy Capozzi