# EXHIBIT D

| Amount stolen on 1/7/18 | Number of coins | Dollars per coin at close on relevant date according to coinmarketcap.com (with the exception of the value for Triggers, which reflects the approximate dollars per coin at the approximate time of the SIM swap (1/7/18 5 PM EST) according to tradingview.com) | Dollar value |
|---|---|---|---|
| Triggers | 3,000,000 | $ 7.25 | $ 21,750,000 |
| Skycoin | 20,000 | $ 41.53 | $ 830,600 |
| Steem | 12,500 | $ 6.41 | $ 80,125 |
| Total | | | $ 22,660,725 |