# EXHIBIT E

| Amount recovered to date | Number of coins | Dollars per coin at close on relevant date according to coinmarketcap.com | Dollar value |
|---|---|---|---|
| 12/12/2018 Bitcoin recovery | 11.63468619 | $ 3,486.95 | $ 40,569.57 |
| 2/8/2019 Bitcoin recovery | 562.5502601 | $ 3,666.78 | $ 2,062,748.04 |
| USD | | | $ 128,400.00 |
| Watch | | | $ 50,000.00 |
| **Total** | | | **$ 2,281,717.61** |