

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 2, 2025

**BY ECF**

The Honorable Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Nicholas Truglia*, 19 Cr. 921 (AKH)

Dear Judge Hellerstein:

    The Government respectfully submits this letter in advance of the resentencing of Nicholas Truglia ("Truglia" or the "defendant") on July 10, 2025, and to alert the Court that it has obtained a copy of the original program referenced in the Government's letter dated June 20, 2025 (Dkt. 148 at 3-4). A copy of the program has been produced to the defendant and will be delivered to the Court as Exhibit A to this letter. The program, entitled "SIM Kids," begins at the approximately 00:12 mark of the recording. The defendant, with his identity obscured and identified as "Anonymous SIM Swapper," appears several times. (*See, e.g.*, Ex. A at 00:14-00:40, 2:28-2:46, 3:18-3:28, 3:36-3:51, 4:25-4:34, 5:10-5:32, 9:46-10:08, 11:44-12:05). The defendant makes the statements quoted by the victim at the approximately 9:46 mark of the recording.

                                                         Respectfully submitted,

                                                        JAY CLAYTON
                                                        United States Attorney

                    By:    /s/
                            Timothy V. Capozzi
                            Assistant United States Attorney
                            (212) 637-2404

cc:    Mark Gombiner, Esq. (by ECF)